IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

RANDY M. YOST,

        Plaintiff,

v.                                    CIVIL ACTION NO. 3:07-0092

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **ORDERS** that Plaintiff's motion for judgment on the pleadings be denied, that the like motion of Defendant be granted, that the decision of the Commissioner be affirmed, and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                                        ENTER:      March 25, 2008

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE